

**CONSERVING THE PEACE THROUGH VALUES DRIVEN SERVICE** / SHERIFF PAT GARRETT

---

☒ **PERFORMANCE OBSERVATION**   ☐ **CITIZEN APPRECIATION**

☐ **TRAINING OBSERVATION**   ☐ **CORRECTION MEMO**

---

**Date:**     3/11/21

**To:**       **Deputy Melissa Canning**

**From:**     **Sgt. Robert L. Rookhuyzen**

**Subject:**  **Concern and Compassion Shown to Sexual Assault Victim**

**Area(s) Affected:**

| | | | |
|---|---|---|---|
| ☐ | Work Accuracy and Completeness | ☐ | Team Work |
| ☒ | Public Contact | ☐ | Computer Skills |
| ☒ | Decision Making | ☐ | Activity Level |
| ☐ | Cooperation | ☐ | Policies and Procedures |
| ☐ | Other: | | |

**Comments/Observations:**

On 3/6/21, Deputy Canning investigated a Measure 11 sex crime where an adult male victim reported that a male suspect pointed a gun at him and ordered him to perform oral sex on the suspect (WCSO case 50-21-3172). Through her thorough investigation, she developed probable cause to arrest the unknown suspect. Her incident report was stellar. Deputy Canning transported the male victim to Providence St. Vincent Medical Center for care. The victim is currently homeless and has been living out of a disabled vehicle. I learned that Deputy Canning not only provided snacks for the victim, but she also went to her home and raided her son's closet to procure clothing to give to the victim. This brought the victim to tears. Furthermore, Deputy Canning reached out to her community contacts by phone to ensure that the victim could gain access to a homeless shelter bed. These actions go above and beyond. Deputy Canning, thank you for the kindness and compassion you displayed to the victim in this case. I am touched by your generosity and concern. Thank you for living our agency's core values by doing your best, doing the right thing and treating this victim as you would want to be treated. These kind actions you took will likely never be known by the public or media, but they are significant and meaningful. Thanks again for representing our profession and agency so well.

Melissa Canning v. Washington County
Exhibit 1, page 1 of 1.