This is a supplemental report. On 03/06/2021 at approximately 2055 hours DEP Canning was dispatched to a suicide threat at the ███, in unincorporated Washington County. I was closer to the target address than she was, so I joined the call and arrived first. Manager ███ reported an employee named ███ (she did not know his last name) was having suicidal thoughts. ███ said ███ was with another manager, named ███. ███ was not on site, but told the call taker ███ and ███ were located near the pool's kitchen.

I arrived at the golf course at approximately 2108 hours, and was approached by two males. One male said his name was ███, while the other male identified himself as ███ when he presented his ODL to me. ███ had mucus on his moustache, as if he had been crying recently. He told me he had, "a rough forty eight hours," however he said he'd been having personal issues for several months.

I asked ███ if he was having suicidal thoughts, and he said yes. ███ said he'd been dealing with these thoughts for some time, and I encouraged him to be taken to the hospital. ███ agreed, and we walked from the pool to the front of the club house where my vehicle was parked.

███ said he did not want to be seen with law enforcement at his place of employment. At this time DEP Canning arrived and drove up to ███ and I. I suggested to ███ we could walk to the far end of the parking lot, away from the ███ and near ███ so that he could get in a patrol vehicle more discreetly. ███ agreed, and he went with DEP Canning to Providence, St. Vincent's on a voluntary transport. This concluded my interaction with ███.

Melissa Canning v. Washington County
Exhibit 2, page 1 of 1