This is a supplemental report. On 03/06/2021 deputies were dispatched to a suicide threat at the ▮▮▮▮▮ in unincorporated Washington County. I arrived before the primary deputy, and learned the subject of the suicidal threat, ▮▮▮▮▮ was a chef at the pool's kitchen. The reporting party did not know ▮▮▮▮▮'s full name, but said he would be wearing a chef coat and chef pants.

When I arrived at the pool area, I was approached by two males, ▮▮▮▮▮ and his manager ▮▮▮▮▮ had mucus on his moustache, as if he had been crying recently, and he was wearing a white chef's coat and stripped pants. He told me he had, "a rough forty eight hours," but looked to ▮▮▮▮▮ laughed, and said he been having issues for several months.

I asked ▮▮▮▮▮ if he had suicidal thoughts, and he said yes. ▮▮▮▮▮ said he'd been dealing with these thoughts for some time, and I encouraged him seek professional treatment at the hospital. ▮▮▮▮▮ agreed, and the three of us walked from the pool to the front of the club house where my patrol vehicle was parked.

On the way to the front of the building, ▮▮▮▮▮ said he was worried about his employment at the ▮▮▮▮▮ and ▮▮▮▮▮ told ▮▮▮▮▮ to not worry about his employment. ▮▮▮▮▮ then told me he had a traumatic thing happen to him recently. He said someone pointed a gun at him and told him to, "suck his dick." ▮▮▮▮▮ said he did not know who the male was, but he feared for his life, so he did what the male told him to do.

I recalled how ▮▮▮▮▮ said he had been feeling suicidal thoughts for several months, but he had also said an unknown male had pointed a gun at him approximately two days prior. I did not know if ▮▮▮▮▮'s suicidal ideations were from recent or past events. Due to the nature of the call for service, my primary concern was ▮▮▮▮▮'s safety, and to get him to the hospital. I encouraged him to follow me to my patrol vehicle so that I could take him to the hospital. As soon as we entered the parking lot, ▮▮▮▮▮ told me he did not want to be seen with law enforcement at his place of employment. ▮▮▮▮▮ stopped walking with me and appeared to be surveying the parking lot. I was unsure if ▮▮▮▮▮ was going to willingly follow me to my patrol vehicle.

At this time DEP Canning arrived in the golf course parking lot and drove up to ▮▮▮▮▮ and I. She asked if she could assist, and I suggested to ▮▮▮▮▮ that he and I could walk together to the far end of the parking lot, away from the club house and near ▮▮▮▮▮ so that he could get in a patrol vehicle more discreetly. ▮▮▮▮▮ agreed, and he walked to the end of the parking lot with me, where DEP Canning parked her vehicle and let him in the back seat. DEP Canning took ▮▮▮▮▮ to Providence, St. Vincent's hospital on a voluntary transport. This concluded my interaction with ▮▮▮▮▮.

Melissa Canning v. Washington County
Exhibit 3, Page 1 of 1.